# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00006-CV

**Federal National Mortgage Association, Appellant**

**v.**

**Gerald R. Haddox and Sharon Haddox, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-14-005024, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On January 5, 2015, appellant filed its notice of appeal. On March 4, the trial court clerk provided us with a copy of appellant's letter stating, "Please be advised we are dismissing the appeal" due to the trial court's granting of appellant's motion for new trial. The trial court clerk also provided a copy of the trial court's order. Appellant has not filed a motion to dismiss its appeal as promised. However, we will take notice of the trial court's order granting appellant's motion for new trial. Once the trial court granted the motion for new trial, the final and appealable judgment was essentially wiped away. *See Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 563 (Tex. 2005). There is therefore nothing over which we may exercise appellate jurisdiction. We dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed for Want of Jurisdiction

Filed:  May 8, 2015